**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 197 WAL 2021

          Respondent                 :

                                 :    Petition for Allowance of Appeal

                                 :    from the Order of the Superior Court

          v.                           :

                                 :

OMAR JAMAL GILMORE,            :

                                 :

          Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.